2010-1554
_____

# United States Court of Appeals
# for the Federal Circuit

_____

AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,

Plaintiff-Appellant,

v.

MOVIELINK, LLC and BLOCKBUSTER, INC.,

Defendants-Appellees.

*Appeal from the United States District Court for the District of Delaware in case no. 07-CV-0605, Judge Leonard P. Stark*

**NOTICE OF BANKRUPTCY STATUS**

Scott W. Breedlove
Vinson & Elkins LLP
2001 Ross Avenue
3700 Trammell Crow Center
Dallas, TX 75201
(214) 220-7993

*Principal Attorney for Defendants-Appellees*
*BB Liquidating ML, LLC (f/k/a Movielink, LLC) and*
*BB Liquidating Inc. (f/k/a Blockbuster Inc.)*

Pursuant to the Court's Order of December 19, 2012, BB Liquidating ML, LLC (f/k/a Movielink, LLC) and BB Liquidating Inc. (f/k/a Blockbuster Inc.) report that as of July 18, 2013, the bankruptcy case of BB Liquidating Inc., *et al.* is still proceeding in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Case No. 10-14997. The automatic stay pursuant to section 362(a) of the Bankruptcy Code remains in place. According to the Bankruptcy Court's docket, the bankruptcy case of BB Liquidating Inc., *et al.* was converted from Chapter 11 to Chapter 7 of the Bankruptcy Code on July 16, 2013.

July 18, 2013                                               Respectfully submitted,


                                                            /s/ Scott W. Breedlove
                                                            Scott W. Breedlove
                                                            Vinson & Elkins LLP
                                                            2001 Ross Avenue
                                                            3700 Trammell Crow Center
                                                            Dallas, TX 75201
                                                            (214) 220-7993

                                                            *Principal Attorney for*
                                                            *Defendants-Appellees*
                                                            *BB Liquidating ML, LLC (f/k/a*
                                                            *Movielink, LLC) and*
                                                            *BB Liquidating Inc. (f/k/a*
                                                            *Blockbuster Inc.)*

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record, Defendant-Appellees BB Liquidating ML, LLC's (f/k/a Movielink, LLC) and BB Liquidating Inc.'s (f/k/a Blockbuster Inc.) Notice of Bankruptcy Status on July 18, 2013 by CM/ECF.


By:   /s/ Scott W. Breedlove
      Scott W. Breedlove
      *Principal Attorney for*
      *Defendants-Appellees*
      *BB Liquidating ML, LLC*
      *(f/k/a Movielink, LLC) and*
      *BB Liquidating Inc.*
      *(f/k/a Blockbuster Inc.)*