NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,**
*Plaintiff-Appellant*

**v.**

**MOVIELINK, LLC, nka BB Liquidating ML LLC, BLOCKBUSTER, INC., nka BB Liquidating Inc.,**
*Defendants-Appellees*

---

2010-1554

---

Appeal from the United States District Court for the District of Delaware in No. 07-CV-0605, Chief Judge Leonard P. Stark.

---

**O R D E R**

Robert L. Geltzer, the Chapter 7 Trustee of Movielink, LLC (nka BB Liquidating ML, LLC ) and Blockbuster, Inc. (nka BB Liquidating Inc.) (collectively, "BB Liquidating"), notifies the court that the bankruptcy proceedings are continuing.

Upon consideration thereof,

IT IS ORDERED THAT:

The stay is maintained. BB Liquidating is directed to inform the court within 21 days after the bankruptcy proceedings are completed or the automatic stay pursuant to 11 U.S.C. § 362 has been lifted.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31